# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                             CASE NO: 6:24-mj-1082-LHP

**ALAN JOHN HANKE**

AUSA: Diane Hu

Defense Attorney: Nicole Mouakar, Federal Public Defender

| JUDGE: | **LESLIE HOFFMAN PRICE**<br>United States Magistrate Judge | DATE AND TIME: | **January 26, 2024**<br>2:09-2:40<br>31 minutes |
|---|---|---|---|
| Courtroom: | 5D | TOTAL TIME: | |
| DEPUTY CLERK: | Edward Jackson | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | None | PRETRIAL: | Sonya Williams |

## CLERK'S MINUTES
### INITIAL APPEARANCE

Case called; appearances taken; procedural setting by the Court.
Court advised the Defendant of the right to remain silent.
Court inquired of the Defendant regarding competency.
Parties advised of the requirement pursuant to the Due Process Protections Act.
Court advised the Defendant of additional rights.
Defendant made an oral motion to appoint counsel.
Court granted the motion and appointed counsel to represent the Defendant in this district.
Government summarized the charges and penalties in the indictment.
No issues as to identity.
Government made an oral motion for release.
Counsel addressed conditions of release.
Court granted the motion. Order Setting Conditions of Release entered.
Order of Removal entered.